IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) NATHAN J. GOAD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>(1) STATE OF OKLAHOMA, *ex rel.*, THE BOARD OF REGENTS OF REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA, as governing board of the UNIVERSITY OF CENTRAL OKLAHOMA,<br><br>- and -<br><br>(2) STEVEN HANSEN, individually,<br><br>　　　　　　Defendants. | Case No.: **19-cv-562-PRW** |

## NOTICE OF SUBPOENA

**To Counsel of Record:**

PLEASE TAKE NOTICE THAT PURSUANT TO Fed. R. Civ. P. 45 and LCvR 45.1, Defendant University of Central Oklahoma ("UCO") intends to serve a subpoena for production of documents, in the form attached hereto on February 8, 2021, or as soon thereafter as service may be effectuated, to the following:

**Office of the Board of Regents**
**c/o Secretary of the Board**
**660 Parrington Oval**
**Norman, OK 73019**

Dated this 25th day of January 2021.

~ 2 ~

Respectfully submitted,

 /s/Jeb Joseph
**JEB E. JOSEPH, OBA#19137**
**LAUREN RAY, OBA#22694**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:   (405) 521-4518
Email: jeb.joseph@oag.ok.gov
         lauren.ray@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day January 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further that a true and correct copy of the foregoing document was sent via the ECF System to all counsel of record.

 /s/Jeb Joseph
Jeb Joseph

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Nathan Goad )<br>*Plaintiff* )<br>v. )<br>The State of Oklahoma ex rel., the Board of Regents )<br>of Regional University Systems of Okla., et al., )<br>*Defendant* ) | Civil Action No. 19-cv-562-PRW |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Office of the Board of Regents c/o Secretary of the Board
660 Parrington Oval, Norman, OK 73019

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all personnel documents, evaluations, letters of reprimand, plans of improvement, letters of recommendations, employment application materials, commodations, salary and benefit information, etc. for Nathan Goad

| Place: Office of the Attorney General - Litigation Unit<br>313 NE 21st St.<br>Oklahoma City, OK 73105 | Date and Time:<br>02/22/2021 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/25/2021

*CLERK OF COURT*

OR

_____          /s/ Jeb Joseph
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant State of Oklahoma ex rel., UCO, who issues or requests this subpoena, are:

Jeb Joseph, Assistant Attorney General, Litigation Unit, 313 NE 21st St., Oklahoma City, OK 73105

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-562-PRW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Print    Save As...    Add Attachment    Reset